◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KING, Appellant. [775 NYS2d 911]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blackburne, J.), rendered April 3, 2002.

Ordered that the judgment is affirmed (*see People v Pellegrino,* 60 NY2d 636 [1983]). Prudenti, P.J., Florio, H. Miller, Schmidt and Cozier, JJ., concur.